IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARRYL A. ROMERO,<br><br>Defendant. | MJ-21-53-GF-JTJ<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the Defendant will appear before Chief United States Magistrate Judge Candy W. Dale, on Tuesday, September 7, 2021 at 4:30 p.m., via Zoom. The Zoom information will be forthcoming to the parties a day prior to the hearing.

DATED this 25th day of August, 2021.

_____
John Johnston
United States Magistrate Judge