IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARRYL A. ROMERO,<br><br>Defendant. | MJ-21-53-GF-JTJ<br><br>**AMENDED ORDER** |

**IT IS HEREBY ORDERED** that the Defendant will appear before Magistrate Judge Raymond E. Patricco, on Thursday, September 2, 2021 at 12:00 p.m., via Zoom. The Zoom information will be forthcoming to the parties a day prior to the hearing.

DATED this 25th day of August, 2021.

_____
John Johnston
United States Magistrate Judge